IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**

TYRON CASEY, on behalf of himself and
all others similarly situated,

        Plaintiffs,

vs.

BANK OF AMERICA, N.A., SUCCESSOR
BY MERGER TO BAC HOME LOANS
SERVICING, L.P., a wholly owned
subsidiary of Bank of America,

        Defendants.
_____/

CASE NO. 0:13-cv-60983-WPD

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P. ("BANA"), through undersigned counsel, respectfully requests the Court to enter an Order extending the time to allow for BANA to file its response to Plaintiffs' First Amended Complaint for a reasonable period of time, and states as grounds:

    1.    BANA was served with the Amended Complaint on or about May 20, 2013.

    2.    In order to evaluate the factual allegations stated in Plaintiffs' First Amended Complaint, research its records, and determine the circumstances involved, BANA requires additional time to file its response to the Complaint.

    3.    Undersigned counsel has conferred in good faith with counsel for Plaintiffs, who has consented to a fourteen-day extension of time for BANA to respond to the First Amended

CASE NO. 0:13-cv-60983-WPD

Complaint. Therefore, BANA shall file and serve its response to Plaintiffs' First Amended Complaint on or before June 17, 2013.

4. The foregoing Motion is filed in good faith and not for dilatory or other improper purpose.

WHEREFORE, BANA respectfully requests this Court to enter an Order allowing it a fourteen-day extension of time to file its response to the Amended Complaint.

### LOCAL RULE 7.1(a)(3) CERTIFICATE

I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3) of the District Court for the Southern District of Florida, that counsel for the movant has conferred with Plaintiff, and the parties agree as to the relief requested herein.

Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO, P.A.**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Defendant Bank of America, N.A., successor by merger to BAC Home Loans.*

 /s/   Marc T. Parrino
MARC T. PARRINO
Florida Bar No. 0018197
E-mail: mtp@lgplaw.com

CASE NO. 0:13-cv-60983-WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2013, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, or via U.S. Mail.

/s/ Marc T. Parrino
MARC T. PARRINO

**LOMURRO DAVISON EASTMAN & MUNOZ, P.A.**
Richard Galex, Esq. Fla. Bar No. 957798
Mathew Schiappa, Esq. pro hac vice pending
100 Willow Broko Road, Suite 100
Freehold, NJ  07728
Phone:  732-462-7170 /Fax:  732-409-0292
Service by Email:  rgalex@lomurrolaw.com

**THE LAW OFFICES OF GIRRBACH & COHEN, P.A.**
2787 East Oakland Park Blvd., Suite 411
Fort Lauderdale, Florida  33306
Phone:  954-566-6615 / Fax:  954-678-4726
Service by Email:  Pleadings@GirrbackCohen.com

Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400