**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-60983-CIV-DIMITROULEAS**

TYRON CASEY, on behalf of himself and
all others similarly situated,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., SUCCESSOR
BY MERGER TO BAC HOME LOANS
SERVICING, L.P., a wholly owned
subsidiary of Bank of America,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

    THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Extension of Time to File Response to Plaintiff's First Amended Complaint (the "Motion") [DE 17], filed herein on May 28, 2013.  The Court has carefully considered the Motion [DE 17], notes that it is unopposed, and is otherwise fully advised in the premises.

    Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 17] is hereby **GRANTED**;

2. Defendant shall respond to the First Amended Complaint [DE 11] on or before June 17, 2013.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of May, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record